**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ARIC W. HALL,  § | |
|    Plaintiff  § | |
|    v.  § | |
| § | Case No. 6:16cv36-RWS-KNM |
| LVNV FUNDING, LLC  § | |
|    Defendant.  § | |
| § | |

**AGREED ORDER REGARDING THE DISCOVERY AND PRODUCTION OF
ELECTRONICALLY STORED INFORMATION AND PROTECTIVE ORDERS**

Pursuant to Federal Rules of Procedure 26(b) and (c), the undersigned parties hereby agree that they do not believe issues regarding electronically stored information (ESI) or protective orders will arise and do not believe such orders will be necessary.

SEEN AND AGREED:

/s/ Aric W. Hall
Aric W. Hall
arichall@yahoo.com
P.O. Box 952
Bullard, TX  75757-0952
(903) 894-8780
**PLAINTIFF, PRO SE**

SEEN AND AGREED:

/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
mjones@henryandjones.com
Christopher M. Jones
State Bar No. 24084980
cjones@henryandjones.com
**HENRY & JONES, L.L.P.**
17950 Preston Road, Suite 920
Dallas, Texas  75252-5637
(214) 954-9704  Telephone
(214) 954-9701  Fax
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that on October 13, 2016, I electronically filed the foregoing Agreed Order Regarding the Discovery and Production of Electronically Stored Information and Protective Orders with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter.

| | |
|---|---|
| Aric W. Hall<br>arichall@yahoo.com<br>P.O. Box 952<br>Bullard, TX  75757-0952<br>(903) 894-8780<br>**PLAINTIFF, PRO SE** | Michael L. Jones<br>State Bar No. 10929460<br>mjones@henryandjones.com<br>Christopher M. Jones<br>State Bar No. 24084980<br>cjones@henryandjones.com<br>**HENRY & JONES, L.L.P.**<br>17950 Preston Road, Suite 920<br>Dallas, Texas  75252-5637<br>(214) 954-9704  Telephone<br>(214) 954-9701  Fax<br>**ATTORNEYS FOR DEFENDANT** |